Sept. 30, 2014

Case No.
R.08-43-261

I, ~~⊗~~ Floyd Allen Ivey, have been seperated to Carol Ann Ivey for over a year and I have no claim to her whereabouts to finish any legal matters.

Said this day 09/30/2014
                         Date

Floyd Allen Ivey
Signature

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

14 SEP 30 AM 11:50

M. REGINA THOMAS
CLERK
BY
DEPUTY CLERK